UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BRANDON LEWIS, THE FIRING PIN, LLC.
SHANNON JOY, JAMES OSTROWSKI
STEPHEN FELANO, DUANE WHITMER,
SETH DUCLOS,
LISA REEVES, d/b/a, Big Red Barber Shop,                    20-CV-06316 CJS

                              Plaintiffs,
           v.                                                                              NOTICE OF MOTION

ANDREW M. CUOMO, individually and as
Governor of New York, LETITIA JAMES,
individually and as Attorney General of the
State of New York; and, KEITH M. CORLETT,
individually and as Superintendent of the
New York State Police, DOUGLAS A. RANDALL,
individually and as Monroe County pistol permit
licensing officer, TODD K. BAXTER, individually
and as Sheriff of Monroe County, JAMIE ROMEO,
individually and as Monroe County Clerk,
INVESTIGATOR CORREA, individually and as
an investigator employed by the State of New York,
EMPIRE STATE DEVELOPMENT CORPORATION,

                              Defendants.
_____

      **PLEASE TAKE NOTICE** that upon the pleadings in this action, all prior proceedings, including the served defendants' opposition to Plaintiffs' motion for a preliminary injunction, see Dkt. No. 19-4, the motions to dismiss filed by Defendants Attorney General Letitia James & Superintendent Keith M. Corlett, see Dkt. No. 20-1, and by Defendant Empire State Development Corporation, see Dkt. No. 23-1, and the accompanying memorandum of law, Defendant Andrew M. Cuomo ("Governor Cuomo") moves this Court for an Order pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, dismissing the claims against him and the Complaint in its entirety, as well as such other and further relief as this Court may deem just and proper.

1

This Motion is submitted on the papers. No oral argument is requested. Governor Cuomo reserves the right to file reply papers.

Dated: August 6, 2020
      Rochester, New York

                                            LETITIA JAMES
                                            Attorney General for the State of New York
                                            *Attorney for Defendant Governor Cuomo*

                                            *s/Heather L. McKay*
                                            HEATHER L. MCKAY
                                            GARY M. LEVINE
                                            Assistant Attorneys General, of Counsel
                                            NYS Office of the Attorney General
                                            144 Exchange Boulevard, Suite 200
                                            Rochester, New York 14614
                                            Telephone: (585) 546-7430
                                            heather.mckay@ag.ny.gov
                                            gary.levine@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on August 6, 2020, I electronically filed the foregoing Notice of Motion with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. James Ostrowski
   63 Newport Avenue
   Buffalo, NY 14216

2. Michael Kuzma
   1893 Clinton Street
   Buffalo, NY 14206

And, I hereby certify that I have mailed, by the United States Postal Service, the document to the following non-CM/ECF participant(s):

1. N/A

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      *Attorney for Defendant Governor Cuomo*

                                      *s/Heather L. McKay*
                                      HEATHER L. MCKAY
                                      Assistant Attorney General, of Counsel
                                      NYS Office of the Attorney General
                                      144 Exchange Boulevard, Suite 200
                                      Rochester, New York 14614
                                      Telephone: (585) 546-7430
                                      heather.mckay@ag.ny.gov